United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ANTONIO TELLES ZERMANO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00983** |
| | § | |
| **WARDEN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

The Court issued an Order requiring Respondents to Respond to Petitioner's Petition by June 3, 2026, and due to a clerical error ordered Petitioner to reply to Respondents' response on that same date. (Dkt. 6.) The Court issues this Order to correct its prior order and **ORDERS** Petitioner to reply to Respondents' Response **on or before June 5, 2026.**

IT IS SO ORDERED.

SIGNED this May 28, 2026.

_____
Diana Saldaña
United States District Judge